ANTHONY SAVAGE, an Infant, by MICHAEL SAVAGE, His Guardian ad Litem, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Savage* v. *Brooklyn Heights R. R. Co.*, 111 App. Div. 916, affirmed.
(Submitted January 24, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*Richard A. Rendich* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.